UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-2149

**Caption [use short title]**

**Motion for:** Extension of Time to Perfect Appeal

Set forth below precise, complete statement of relief sought:

Appellants seek a extension of their time to perfect their appeal. Appellants' ready date was October 12, 2021. See Dkt. 14. As per Local Rule 31.2, Appellants had until January 11, 2022 to perfect their appeal. Appellants originally requested until December 17, 2021 to perfect their appeal. See Dkt.27. Due to certain conflicts, Appellants now request until January 11, 2022 to perfect.

Souza, et al. v. Exotic Island Enterprises, et al.

**MOVING PARTY:** Alana Souza, et al.    **OPPOSING PARTY:** Motion is unopposed

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** John V. Golaszewski    **OPPOSING ATTORNEY:**
[name of attorney, with firm, address, phone number and e-mail]

Casas Law Firm, P.C.
1740 Broadway, 15th Floor, New York, NY 10017
john@casaslawfirm.com, 646-872-3178

**Court- Judge/ Agency appealed from:** Southern District of New York, Hon. Kenneth Karas

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☐ No  If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

**Signature of Moving Attorney:**

/s/ John V. Golaszewski    **Date:** December 7, 2021    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)