# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| ALANA SOUZA A/K/A ALANA CAMPOS, BROOKE BANX, BROOKE TAYLOR-JOHNSON, JACLYN SWEDBERG, JAIME EDMONDSON-LONGORIA, JESSICA HINTON A/K/A JESSA HINTON, TIFFANY TOTH-GRAY, and URSULA SANCHEZ A/KA/ URSULA MAYES, <br><br>        Plaintiffs, <br><br> -against- <br><br>EXOTIC ISLAND ENTERPRISES, INC., d/b/a THE MANSION GENTLEMEN'S CLUB & STEAKHOUSE and KEITH SLIFSTEIN, <br><br>        Defendants. | Appeal No. 21-2149 <br><br>**DECLARATION IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO PERFECT APPEAL** |

**JOHN V. GOLASZEWSKI**, hereby declares, pursuant to 28 U.S.C. § 1746, the following under the penalties of perjury:

1. I am a member of the Casas Law Firm, P.C., counsel for Appellants. I submit this declaration in support of Appellants' unopposed motion for an extension of time to perfect their appeal.

2. Appellants' ready date was October 12, 2021. *See* Dkt. 14.

3. As per Local Rule 31.2, which provides, *inter alia*, that an appeal must be perfected within 91 days of the ready date, Appellants had until January 11, 2022 to perfect this appeal.

- 2 -

    4.    Due to certain scheduling issues in early January, Appellants initially chose December 17, 2022 to perfect their appeal. *See* Dkt. 27.

    5.    Certain of those January 2022 scheduling issues no longer exist, and Appellants' counsel now has certain unexpected work conflicts from now through the end of December.

    6.    Considering this, Appellants now move for an extension, until January 11, 2022, to perfect their appeal.

    7.    As noted, this January 11th date is still within the 91 days afforded Appellants under Local Rule 31.2.

    8.    Appellants have conferred with Appellees' counsel on this issue, and they have no objection to this request.

    9.    As such, Appellants respectfully request that the Court grant this motion, and order that their deadline to perfect their appeal is January 11, 2022.

    /s/ John V. Golaszewski
    John V. Golaszewski